UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SHAUN RUSHING, *pro se*,

                        Plaintiff,

    -against-

DRUG ENFORCEMENT ADMINISTRATION,

                        Defendant.
---------------------------------------------------------------x

**ORDER AND JUDGMENT**

07-CV-3875 (DLI)

**DORA L. IRIZARRY, United States District Judge:**

On September 10, 2007, Shaun Rushing, proceeding *pro se*, filed a complaint with this Court using a form complaint for employment discrimination actions and named as defendant the Drug Enforcement Administration. However, his only allegations were that the defendant had "unlawful[ly] investigated" him and "I have been wronged by this Agency for somtime [*sic*] now. I have been endangered, mistreated, assaulted and slandered." Complaint ¶¶ 7-8.

By Order dated October 26, 2007, the Court granted the plaintiff permission to proceed *in forma pauperis* and granted him 30 days within which to submit an amended complaint that complied with Rule 8 of the Federal Rules of Civil Procedure. More than 30 days have elapsed, and Mr. Rushing has not filed an amended complaint. Accordingly, the complaint is dismissed for failure to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2)(B).

It is hereby **ORDERED, ADJUDGED, AND DECREED** that the instant action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and, therefore, *in forma pauperis* status is denied for the purposes of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

It is further hereby **ORDERED** that this matter be closed.  Service of a copy of this Order shall be made by the Clerk of the Court on *pro se* plaintiff, at the address provided by him for that purpose, and on defendant, U.S. Drug Enforcement Administration, at 99 Tenth Avenue, New York, New York 10011, by certified mail with return receipt.

Dated: Brooklyn, New York
        December 12, 2007

_____/s/_____
DORA L. IRIZARRY
United States District Judge